117 F.3d 1136
 Pens. Plan Guide (CCH) P 23936R
INTER-MODAL RAIL EMPLOYEES ASSOCIATION; Thomas Franks;
Charles Jones; Thomas J. Martin; Hoyt Jarrard;
Robert Stein, Plaintiffs-Appellants,
v.
THE ATCHISON, TOPEKA and SANTA FE RAILWAY COMPANY;
In-Terminal Services, Division of Mi-Jack
Products, Inc., an Illinois Corp.,
Defendants-Appellees.
INTER-MODAL RAIL EMPLOYEES ASSOCIATION; Thomas Franks;
Charles Jones; Thomas J. Martin; Hoyt Jarrard;
Robert Stein, Plaintiffs-Appellants,
v.
THE ATCHISON, TOPEKA and SANTA FE RAILWAY COMPANY; Santa Fe
Terminal Services, Inc., Defendants-Appellees.
 Nos. 93-56400, 94-55118.
 United States Court of Appeals,
Ninth Circuit.
 Decided July 14, 1997.
 
 1
 On Remand from the Supreme Court of the United States. D.C. No. CV-92-06623-WJR.
 
 
 2
 Before: BROWNING and BEEZER, Circuit Judges, and HAGGERTY,* District Judge.
 
 
 3
 This case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion filed May 12, 1997.
 
 
 
 *
 The Honorable Ancer L. Haggerty, District Judge, United States District Court for the District of Oregon, sitting by designation